| Case History / Documents |
|---|

### 3RD DISTRICT CT- SILVER SUMMIT
### SUMMIT, STATE OF UTAH
### STONEBURNER, KAY, et al. vs. RSUI INDEMNITY COMPANY A NEW H

**CASE NUMBER** 200500481 - Miscellaneous
**CURRENT ASSIGNED JUDGE**: RICHARD MRAZIK

| Parties | | |
|---|---|---|
| Relationship | Party | Represented By |
| Defendant | RSUI INDEMNITY COMPANY A NEW H | |
| Plaintiff | KAY STONEBURNER | ROBERT HENRIKSEN<br>Bradley A Levin<br>Kerri J Rugh |
| Plaintiff | CORY ABDALLA | ROBERT HENRIKSEN<br>Bradley A Levin<br>Kerri J Rugh |

| Events | | | | |
|---|---|---|---|---|
| # | Description | Case Number | Filing Date | View? |
| 1 | Filed: Complaint and Jury Demand | 200500481 | 2020-11-30 | View |
| | Fee Account created | 200500481 | 2020-11-30 | |
| | Fee Account created | 200500481 | 2020-11-30 | |
| | Fee Payment | 18157188 | 2020-11-30 | |
| | Case filed by efiler | 200500481 | 2020-11-30 | |
| 2 | Filed: Return of Electronic Notification | 200500481 | 2020-11-30 | View |
| 3 | Filed: Return of Service | 200500481 | 2020-12-16 | View |
| 4 | Filed: Return of Electronic Notification | 200500481 | 2020-12-16 | View |
| 5 | Filed: Return of Service upon SERVED WENDIE PHIPPEN AT RA OFFICE for | 200500481 | 2020-12-21 | View |
| 6 | Filed: Return of Electronic Notification | 200500481 | 2020-12-21 | View |
| 8 | Filed: Application Certificate and Acknowledgement | 200500481 | 2021-01-13 | View |
| 7 | Filed: Motion Pro Hac Vice Admission of Kerri J. Rugh of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 9 | Filed: Order (Proposed) Re Motion and Consent of Sponsoring Local Counsel For Pro Hac vice Admission of Kerri J. Rugh of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 10 | Filed: Return of Electronic Notification | 200500481 | 2021-01-13 | View |
| 12 | Filed: Application Certificate and Acknowledgement | 200500481 | 2021-01-13 | View |
| 11 | Filed: Motion Pro Hac Vice Admission of Bradley A. Levin of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 13 | Filed: Order (Proposed) Re Motion and Consent of Sponsoring Local Counsel For Pro Hac Vice Admission of Bradley A. Levin of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 14 | Filed: Return of Electronic Notification | 200500481 | 2021-01-13 | View |
| 15 | Filed: Order Re Motion and Consent of Sponsoring Local Counsel For Pro Hac vice Admission of Kerri J. Rugh of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 16 | Filed: Return of Electronic Notification | 200500481 | 2021-01-13 | View |
| 17 | Filed: Order Re Motion and Consent of Sponsoring Local Counsel For Pro Hac Vice Admission of Bradley A. Levin of Levin Sitcoff PC | 200500481 | 2021-01-13 | View |
| 18 | Filed: Return of Electronic Notification | 200500481 | 2021-01-13 | View |
| 19 | Filed: : Notice of Removal to Federal Court | 200500481 | 2021-01-13 | View |

Print PDF   Get Purchase Info   Close

| Case Disposition is Removed Fed Court | | 200500481 | 2021-01-13 |

### Account Summary

| Account | Detail | | |
|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 375.00 |
| | Amount Paid: | $ | 375.00 |
| | Amount Credit: | $ | 0.00 |
| | | **Balance:** | **$ 0.00** |
| REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL | Amount Due: | $ | 250.00 |
| | Amount Paid: | $ | 250.00 |
| | Amount Credit: | $ | 0.00 |
| | | **Balance:** | **$ 0.00** |

Print PDF    Get Purchase Info    Close