THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KAY "KITTY" STONEBURNER and CORY ABDALLA,<br><br>Plaintiffs,<br><br>v.<br><br>RSUI INDEMNITY COMPANY, a New Hampshire Corporation,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00023-DBB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment[1] is GRANTED. Each party shall bear its own costs, expenses, and attorney fees. The case is dismissed with prejudice. The Clerk of Court is directed to close this case.

Signed April 11, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 23, filed Oct. 14, 2022.